In re **Brugnara Properties VI**     Case No. _____
                         Debtor(s)     Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Brugnara Properties VI** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 22, 2017**            **/s/ David N. Chandler, Jr. for**
Date                        **David N. Chandler 60780**
                                Signature of Attorney or Litigant
                                Counsel for **Brugnara Properties VI**
                                **David N. Chandler, p.c.**
                                **1747 Fourth St.**
                                **Santa Rosa, CA 95404**
                                **(707) 528-4331**