```
KAY BRUGNARA
224 Sea Cliff Avenue
San Francisco, CA 94121
Telephone: (415) 505-8869
Email: kaybrugnara@aol.com

In Pro Per
```

FILED
APR 30 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

BRUGNARA PROPERTIES VI,

Debtor.

) Case No.: 17-30501 DM
) Chapter 7
)
)
)
) **KAY BRUGNARA'S NOTICE OF APPEAL**
) **OF ORDER DENYING MOTION FOR**
) **RECONSIDERATION ENTERED ON**
) **APRIL 16, 2018**
)
)
)

    KAY BRUGNARA, the President and shareholder of the Debtor, a tenant of the Debtor, and an aggrieved party in the above case, hereby appeals from the Order Denying Motion for Reconsideration entered in this case by the Honorable Dennis Montali, United States Bankruptcy Judge, on April 16, 2018 as Docket No. 176 and the Order Converting Chapter 11Case to a Case Under Chapter 7 entered in this case by the Honorable Dennis Montali, United States Bankruptcy Judge on April 3, 2018 as Docket No. 155, copies of which Orders are attached hereto.

Notice of Appeal      - 1

The names of all parties to the Order appealed from, and the names, addresses and telephone numbers of their respective attorneys are as follows:

KAY BRUGNARA
224 Seacliff Avenue
San Francisco, CA 94121
Telephone: (415) 505-8869
e-mail: kaybrugnara@aol.com


BRUGNARA PROPERTIES VI, Debtor
RUTH ELIN AUERBACH (SBN 104191), Attorney for Debtor/Defendant
77 Van Ness Avenue, Suite 201
San Francisco, CA 94102
Telephone: (415) 673-0560
Facsimile: (415) 673-0562
e-mail: attorneyruth@sbcglobal.net


TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
BARBARA A. MATTHEWS (SBN 195084)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Avenue, Suite 5-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Barbara.A.Matthews@usdoj.gov

JANINA HOSKINS, Trustee
c/o MICHAEL ISAACS, ESQ.
Dentons US LLP
One Market Plaza
Spear Street Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
e-mail: Michael.isaacs@dentons.com

Notice of Appeal — 2

Dated: 4/30/18

KAY BRUGNARA
*Kay Brugnara*

Notice of Appeal — 3

Case: 17-30501    Doc# 200    Filed: 04/30/18    Entered: 04/30/18 13:42:26    Page 5 of 6