

MICHAEL A. ISAACS (SBN 99782)
michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA  94105
Tel:  415.267.4000
Fax: 415.267.4198

Attorneys for
JANINA M. HOSKINS,
Chapter 7 Trustee

Signed and Filed: April 27, 2018

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>BRUGNARA PROPERTIES VI,<br><br>Debtor. | Case No. 17-30501 DM<br>Chapter 7<br>Hon. Dennis Montali<br><br>**ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER**<br>**(Sotheby's International Realty for: 224 Sea Cliff Avenue, San Francisco, California, 94121)** |

Upon the Application of Janina M. Hoskins, Chapter 7 Trustee for the above-named Debtor ("Trustee"), and the Declaration of Anne Herrera filed in support thereof, and it appearing from those documents that Sotheby's International Realty is well-qualified to act as a real estate broker for the Trustee, that employment of a real estate broker will be in the best interests of the estate, that Sotheby's International Realty represents no interest adverse to the estate and that notice herein is not necessary in connection with said Application; it is hereby

ORDERED as follows:

1. The Trustee is authorized to employ Sotheby's International Realty as her real estate broker for the purposes set forth in her Application.

///

///

107178022\V-1

2. The Trustee shall provide notice of her intent to pay a commission/fee to Sotheby's International Realty on any sale of the real property located at 224 Sea Cliff Avenue, San Francisco, California, 94121 (the "Property"); provided, however, that there shall be no dual agency.

**\*\* END OF ORDER \*\***