

Signed and Filed: June 13, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

```
In re                             ) Bankruptcy Case
                                  ) No. 17-30501-DM
BRUGNARA PROPERTIES VI,           )
                                  ) Chapter 7
            Debtor.               )
_____)
```

**ORDER DENYING AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CREDITOR PAUL GREENFIELD**

On June 13, 2019, the court held a hearing regarding the amended motion for relief from automatic stay filed by creditor Paul Greenfield. Paul Greenfield appeared, *pro se*. Michael A. Isaacs, Esq. appeared for Janina M. Hoskins, Chapter 7 Trustee. All other appearances were noted on the record.

Upon due consideration, and for the reasons stated on the record at the hearing, the amended motion for relief from automatic stay is DENIED.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Paul Greenfield |
|   | 2597 Flagstone Drive |
| 4 | San Jose, CA 95132 |
| 5 | Kay L. Brugnara |
|   | 224 Sea Cliff Avenue |
| 6 | San Francisco, CA 94121 |

-2-